**Order entered March 29, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01278-CV

### DENNIS JAMES POLEDORE, JR., Appellant

### V.

### CHERI YOLANDA DANIEL, Appellee

**On Appeal from the 303rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-17-10565**

## ORDER

Before the Court is appellant's March 27, 2019 motion requesting to supplement his brief with a corrected page eighteen that shows his signature. Page eighteen of the brief filed on March 22, 2019 reflects appellant's signature. Accordingly, we **DENY** as moot appellant's motion.

/s/    KEN MOLBERG
         JUSTICE